UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

SAMUEL FRESINA, ANTHONY FRESINA, CARMEN NICOTERA, JR., ANDREW SCIOCCHETTI, JOHN CAMPBELL and EUGENE HALLOCK, AS THE TRUSTEES AND FIDUCIARIES OF THE LABORERS' LOCAL 190 PENSION FUND, LABORERS' LOCAL 190 ANNUITY FUND, and THE LABORERS' LOCAL NO. 190 HEALTH FUND; and THE LABORERS LOCAL UNION NO. 190,

    Plaintiffs

-against-

NEW CASTLE PAVING, LLC.
    Defendants.

-----------------------------------------------------------------x

Civil Action No.:

1:23-cv-116 (DNH/DJS)

January 27, 2023

## COMPLAINT

**PARTIES**

1.    Plaintiffs, Samuel Fresina, Anthony Fresina, Carmen Nicotera, Jr., Andrew Sciocchetti, John Campbell and Eugene Hallock, as Trustees and Fiduciaries of the Laborers' Local No. 190 Pension Fund, the Laborers' Local No. 190 Annuity Fund, and the Laborers' Local No. 190 Health Fund (hereinafter the "Funds") are the Trustees of multi-employer employee benefit plans as those terms are defined in Sections 3(3) and 3(37) of the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA"), 29 U.S.C. Sections 1002(3) and (37). The Funds are established and maintained by Restated Agreements and Declarations of Trust and by Collective

Bargaining Agreements (CBAs) between the Laborers' International Union of North America and signatory contractors to which New Castle Paving, LLC (hereinafter "New Castle") agreed to be bound. The Funds are administered at 9 Fairfield Blvd, Suite 105, Wallingford, CT 06492.

2. Plaintiff, the Laborers Local Union No. 190 (hereinafter "Local 190") is a labor organization within the meaning of 29 U.S.C. §152(5) and is located at 668 Wemple Road, Glenmont, New York 12077.

3. Upon information and belief Defendant New Castle Paving, LLC was doing business at all relevant times herein under the laws of the State of New York, with an address of 1 Madison St, Troy, New York 12180. New Castle Paving, LLC transacted business in the State of New York as a construction company and at all relevant times herein was an "employer in an industry affecting commerce" as defined in Sections 501(l), (3), and 2(2) of the Labor-Management Relations Act ("LMRA"), 29 U.S.C. Sections 142(l), (3), and 152(2); Sections 3(5), (9), (11), (12) and (14) of ERISA, 29 U.S.C. Sections 1002(5), (9), (11), (12) and (14); and Section 3 of the Multi-Employer Pension Plan Amendments Act of 1980, 29 U.S.C. Section 1001(a).

## JURISDICTION

4. This Court has jurisdiction of this action under Sections 502 and 515 of ERISA, 29 U.S.C. Sections 1132 and 1145, and under Section 301 of the LMRA, 29 U.S.C. Section 185(a). This is an action for breach of a Collective Bargaining Agreement between an employer and a labor organization representing employees in

an industry affecting commerce, and an action to collect contributions due to an employee benefit plan under the terms of the Collective Bargaining Agreement ("CBA").

5. At all material times, the Defendant New Castle agreed to contribute to the Funds and the Local pursuant to the terms of a CBA, establishing the terms and conditions of employment for certain employees employed by the Defendant.

6. Pursuant to the CBA, New Castle was required to pay to the Funds and the Local certain sums of money for each hour worked by employees covered by the CBA.

7. Upon information and belief New Castle employed certain employees covered under the CBA from January 2018 through December 2021.

8. The Collective Bargaining Agreement, Trust Agreements of the Funds, and the Funds' Collection and Audit Policy obligate New Castle to submit payroll records and other relevant financial documents to the Funds' auditors for the purpose of conducting a payroll audit upon receipt of notice from the Funds.

9. The Funds' auditors and the Funds provided notice seeking payroll documentation in order to conduct a payroll audit for the time period of January 2018 through December 2021.

10. New Castle has failed to submit the requested audit documentation as required by the Collective Bargaining Agreement, the Trust Agreements, and the Collection and Audit Policies.

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

11. Once audit documentation is provided, Pursuant to 29 U.S.C. 1132(g) (2) and the Collective Bargaining Agreement, New Castle is liable to the Plaintiffs for all unpaid delinquent Funds contributions, Union Dues revealed in the audit, audit costs, interest on the unpaid contributions and dues, an amount equal to the greater of (a) interest on the unpaid contributions, or (b) liquidated damages provided for in the Plan,

12. In addition, New Castle owes five and one quarter percent (5.25%) simple interest and ten percent (10%) in liquidated damages on the delinquent contributions as contemplated by the Collection Policy.

13. Pursuant to 29 U.S.C. 1132(g)(2), New Castle is liable to the Plaintiffs for the unpaid contributions, reasonable attorney's fees, auditor's fees, costs of this action, interest and such other legal and equitable relief as the Court may deem appropriate.

WHEREFORE, Plaintiffs pray for judgment as follows:

A. New Castle be ordered to submit payroll documentation necessary for the Funds' auditors to complete an audit for the time period of January 2018 through December 2021.

B. Money damages sufficient to cover all delinquencies to the various Funds and the Local through the date of Judgment; and

C. Ordering Defendant New Castle to make payment to the Funds for the unpaid contributions, interest on the unpaid obligation, reasonable attorney's fees, auditor's fees, and costs of this action, pursuant to 29 U.S.C. Section 1132(g); and

D. For such further relief as the Court may deem appropriate.

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

DATED at East Hartford, Connecticut, this 27th day of January 2023.

ATTORNEY FOR PLAINTIFFS,

By: /s/ Robert M. Cheverie
Robert M. Cheverie, Esq.
ROBERT M. CHEVERIE &
ASSOCIATES, P.C.
333 East River Dr., Suite 101
East Hartford, CT 06108-4203
Tele. No.: (860) 290-9610
Fax No.: (860) 290-9611
E-mail: rcheverie@cheverielaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Complaint has been served by certified mail, as required by Section 502(h) of ERISA, 29 U.S.C. Section 1132(h), this 27th day of January 2023.

Secretary of the Treasury
INTERNAL REVENUE SERVICE
31 Hopkins Plaza, Suite B2
Baltimore, MD 21201
Attn:   Employee Plans

Secretary of Labor
DEPARTMENT OF LABOR
200 Constitution Avenue, N.W.
Washington, D.C.  20210
Attn:   Assistant Solicitor for
          Plan Benefits Security

               /s/ Robert M. Cheverie
               Robert M. Cheverie, Esq.

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719