UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

SAMUEL FRESINA, ANTHONY FRESINA, CARMEN NICOTERA, JR., ANDREW SCIOCCHETTI, JOHN CAMPBELL and EUGENE HALLOCK, AS THE TRUSTEES AND FIDUCIARIES OF THE LABORERS' LOCAL 190 PENSION FUND, LABORERS' LOCAL 190 ANNUITY FUND, and THE LABORERS' LOCAL NO. 190 HEALTH FUND; and THE LABORERS LOCAL UNION NO. 190, and JOSH SHAUL, GLENN MAREK, TIMOTHY STANDHART, LAURA REGAN, JAMES DAWSEY and JOHN JENKINS, AS THE TRUSTES AND FINDUCIARIES OF THE LABORERS' LOCAL 157 PENSION FUND, LABORERS' 157 ANNUITY FUND, and THE LABORERS' LOCAL 157 HEALTH FUND; and THE LABORERS LOCAL UNION NO. 157,

Civil Action No.:

1:23-cv-00116-DNH-DJS

April 26, 2023

    Plaintiffs

        -against-

NEW CASTLE PAVING, LLC.
    Defendants.

-----------------------------------------------------------------------x

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed by and between said parties that this case may be dismissed under Fed. R. Civ. P. 41(a)(1)(A)(ii) without prejudice and without costs to either party. It is further stipulated that the parties have reached a settlement by which Defendant has agreed to provide audit documentation as demanded in the Complaint. It is further stipulated that the parties agree that Plaintiffs shall have leave to refile should

1

Defendant fail to provide documentation required by the Plaintiffs to which Plaintiffs are entitled pursuant to the Plan Documents or ERISA. It is further stipulated and agreed that an order pursuant to the foregoing may be entered of record without further notice to either party, upon the presentation of this stipulation.

WHEREFORE, the parties hereto pray that the Court will enter an order dismissing the case without prejudice.

DATED at East Hartford, Connecticut, this 26th day of April 2023.

ATTORNEY FOR PLAINTIFFS,

By: /s/ Robert M. Cheverie
Robert M. Cheverie, Esq.
ROBERT M. CHEVERIE &
ASSOCIATES, P.C.
333 East River Dr., Suite 101
East Hartford, CT 06108-4203
Tele. No.: (860) 290-9610
Fax No.: (860) 290-9611
E-mail: rcheverie@cheverielaw.com

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 04-27-2023

ATTORNEY FOR DEFENDANT,

By: /s/ Clemente J. Parente
Clemente J. Parente, Esq.
NEW CASTLE PAVING, LLC
540 Broadway, P.O. Box 22222
Albany, New York 12207
Tele. No.: (518) 426-4600
E-mail: cparente@couchwhite.com

## C E R T I F I C A T I O N

I hereby certify that, on April 26, 2023, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Robert M. Cheverie
Robert M. Cheverie, Esq. (ct05185)
ROBERT M. CHEVERIE
& ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108
Tele: (860) 290-9610
Fax: (860) 290-9611
E-mail: rcheverie@cheverielaw.com